UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20839-CV-SEITZ/O'SULLIVAN

IN THE APPLICATION OF FG WILSON
(ENGINEERING) LIMITED FOR EX
PARTE ORDER TO OBTAIN DISCOVERY
FOR USE IN FOREIGN PROCEEDINGS.

_____/

**ORDER**

THIS MATTER came before the Court on Non-Party Luis Eduardo Lopez Vargas' Verified Motion for Relief from Order Granting In Part Application for Order Pursuant to 28 U.S.C. § 1782 (DE # 12, 6/13/10).  Having held a hearing in this matter, it is

ORDERED AND ADJUDGED that on or before August 31, 2010, FG Wilson shall submit to the Court an affidavit on Columbian law regarding Article 19 and Article 185.  If necessary, FG Wilson may submit up to five (5) pages of argument with the affidavit.  It is further

ORDERED AND ADJUDGED that on or before September 30, 2010, Non-Party Luis Eduardo Lopez Vargas may submit a reply affidavit.  If necessary, Non-Party Luis Eduardo Lopez Vargas may submit up to five (5) pages of argument with the reply affidavit.  It is further

ORDERED AND ADJUDGED that Non-Party Luis Eduardo Lopez Vargas' compliance with the subpoena is stayed during the briefing schedule outlined above.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 22nd day of July, 2010.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
The Honorable Judge Seitz
All Counsel of Record